**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RICHARD ALVAREZ-AYALA,

Defendant - Appellant.

No. 12-50559

D.C. No. 2:12-cr-00706-DMG

MEMORANDUM[*]

Appeal from the United States District Court
for the Central District of California
Dolly M. Gee, District Judge, Presiding

Submitted September 24, 2013[**]

Before:    RAWLINSON, N.R. SMITH, and CHRISTEN, Circuit Judges.

Richard Alvarez-Ayala appeals from the district court's judgment and

challenges the 12-month and one day sentence imposed upon revocation of

supervised release.  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Alvarez-Ayala contends that the district court erred when it imposed a term

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

of imprisonment for the purpose of rehabilitation. We review for plain error, *see United States v. Grant*, 664 F.3d 276, 279 (9th Cir. 2011), and find none. The record reflects that the district court discussed its hope that Alvarez-Ayala would deal with his underlying substance abuse problems but did not "'impose or lengthen [the custodial] sentence to enable [Alvarez-Ayala] to complete a treatment program or otherwise promote rehabilitation.'" *See id*. at 281 (*quoting Tapia v. United States*, 131 S. Ct. 2382, 2392 (2011)).

**AFFIRMED.**